THE STATE EX REL. WHITE, APPELLANT, *v.* GOLDSBERRY, JUDGE, APPELLEE.

[Cite as *State ex rel. White v. Goldsberry* (1996), 76 Ohio St.3d 271.]

(No. 96–569—Submitted June 25, 1996—Decided August 7, 1996.)

*Michael T. White, pro se.*

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.